630

Richard E. Schmidt et al., trading as Schmidt, Garden & Erikson, appellees, v. Y. M. Doodokyan, appellant. Gen. No. 34,649.

Opinion filed May 19, 1931.
Thomas F. Burke, for appellant. Rosenthal, Hamill & Wormser, for appellees; Willard L. King, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Eva Boitano, appellee, v. Inland Supply Company, appellant. Gen. No. 34,688.

Opinion filed May 19, 1931.
Cassels, Potter & Bentley and Silber, Isaacs, Silber & Woley, for appellant; Ralph F. Potter, Claud D. Raber, Samuel Levin and Donald N. Clausen, of counsel. Royal W. Irwin, for appellee.
Mr. Justice Kerner delivered the opinion of the court.

St. John Cantius Building and Loan Association, appellant, v. Kazimir Pazdan, appellee. Gen. No. 34,706.

Opinion filed May 19, 1931.
Frank E. Konkowski, Jr., and Max C. Liss, for appellant; Max C. Liss, of counsel. Joseph F. Elward and Joseph Andrew Lasecki, for appellee; Joseph F. Elward, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Clara D. Watson, defendant in error, v. Edward Trinz and Rosalie K. Trinz, plaintiffs in error. Gen. No. 34,724.

Opinion filed May 19, 1931.
John A. Bloomingston, for plaintiffs in error. Joseph D. Ryan, for defendant in error; W. W. Patterson, of counsel.
Mr. Justice Kerner delivered the opinion of the court.